# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION; DOES 1 through 10; inclusive,<br><br>Defendants. | Case No. 2:25-cv-01302-AH-KSx<br><br>Consolidated with Case No. 2:25-cv-03079-AH-KS<br><br>**ORDER OF DISMISSAL  [33]**<br>[JS-6] |
| NICOLLE STOREY<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, et al.<br><br>Defendants. | Judge:    HON. ANNE HWANG<br><br>Complaint Filed:   December 19, 2024<br>Trial Date:      Vacated |

/ / /

/ / /

1

ORDER OF DISMISSAL

Pursuant to the stipulation of Plaintiff State Farm General Insurance Company and Defendant Microsoft Corporation under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that Plaintiff State Farm General Insurance Company's action (originally Case No. 2:25-cv-01302-AH-KS and thereafter consolidated with Case No. 2:25-cv-03079-AH-KS) is hereby DISMISSED WITH PREJUDICE as to all claims and causes of action, with each party bearing its own attorneys' fees and costs. The Court hereby VACATES all related dates and deadlines in Case No. 2:25-cv-01302-AH-KS.

**IT IS SO ORDERED.**

Dated: JUNE 24, 2026

_____
HONORABLE ANNE HWANG
United States District Judge

2

ORDER OF DISMISSAL